**Order entered August 19, 2019**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-19-00414-CR
No. 05-19-00415-CR
No. 05-19-00416-CR

**KYLE DAMOND JONES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause Nos. F18-22371-H, F18-53537-H & F18-53538-H**

## ORDER

Before the Court is appellant's August 12, 2019 second motion to complete the record and for leave to file appellant's brief. In his motion, appellant contends various portions of the record remain unfiled. We **GRANT** the motion, except for the portion of the motion requesting an order to file the admonishment hearing. The supplemental reporter's record of the admonishment hearing was filed on August 14, 2019.

We **ORDER** the district clerk to file, in cause no. 05-19-00416-CR (trial court cause no. F18-53538-H), within **TEN DAYS** of the date of this order, either (1) a supplemental clerk's record containing the notice concerning right to non-disclosure or (2) a certification that such document cannot be located in the district clerk's file.

We **ORDER** court reporter Crystal Jones to file, within **THIRTY DAYS** of the date of this order, a supplemental clerk's record of hearings held on June 28, 2018 and September 14, 2018.

We **ORDER** appellant's brief filed within **FORTY-FIVE DAYS** of the date of this order.

We **DIRECT** the Clerk of the Court to transmit a copy of this order, by electronic transmission, to Felicia Pitre, Dallas County District Clerk; court reporter Crystal Jones; and counsel for the parties.

/s/     LANA MYERS
            JUSTICE